STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WALTER KREMPECKI, DEFENDANT-APPELLANT.

Argued June 7, 1967—Decided July 20, 1967.

*Mr. Howard Lionel Toft* argued the cause for appellant.

*Mr. Richard S. Cohen,* Assistant County Prosecutor, argued the cause for respondent (*Mr. Jonathan Heilbrunn,* on the brief; *Mr. Edward J. Dolan,* Middlesex County Prosecutor, attorney).

The opinion of the court was delivered
PER CURIAM. Defendant was convicted of bookmaking in violation of *N. J. S.* 2A:112–3. He appealed to the Appellate Division. The sole issue involved is the refusal of the trial court to order the disclosure of the identity of an informer-witness. We certified the appeal before argument in the Appellate Division because two parts of the Appellate Division had reached contrary results upon the same issue in cases decided by us today. *State v. Oliver,* 50 *N. J.* 39 (1967), and *State v. Bacsko,* 50 *N. J.* 49 (1967).

The judgment of conviction is affirmed for the reasons given in *Oliver.*

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR and HALL — 5.

*For reversal* — None.